176 So. 811

### Carl CURRY v. STATE.

#### 6 Div. 227.

Supreme Court of Alabama.

Nov. 4, 1937.

Clifford Emond, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Carl Curry for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Curry v. State, 176 So. 810.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.